1  MICHAEL JOHN MIGUEL, State Bar No. 145182
   MORGAN, LEWIS & BOCKIUS LLP
2  300 South Grand Avenue
   Twenty-Second Floor
3  Los Angeles, CA  90071-3132
   Tel:    213.612.2500
4  Fax:   213.612.2501

5  *Attorneys for Plaintiff*
   **Exxon Mobil Corporation**

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | EXXON MOBIL CORPORATION,                    | Case No. CIV-S-03-2222 WBS PAN |
12 |            Plaintiff,                        | **JOINT STIPULATION AND** |
13 |       vs.                                    | **[PROPOSED] ORDER CONTINUING** |
   |                                              | **FINAL PRETRIAL CONFERENCE** |
14 | NEW WEST PETROLEUM L.P., NEW                | **AND TRIAL DATE** |
15 | WEST PETROLEUM LLC, NEW WEST                 | |
   | PETROLEUM, INC., NEW WEST                    | |
16 | STATIONS, INC. and NEW WEST LLC,             | |
17 |            Defendants.                       | |

18

19       Plaintiff Exxon Mobil Corporation, the New West Petroleum Defendants, and Third Party

20 Defendant Sartaj Bains, constituting all the parties appearing in this action, through undersigned

21 counsel of record hereby stipulate to continue the **Final Pretrial Conference** from May 9, 2005

22 to **June 20, 2005** and further stipulate to continue **Trial** from June 28, 2005 to **July 26, 2005**.

23       Reasons For Continuance.  Due to previous modifications of the Court's Status

24 (Scheduling and Pretrial) Order, the Final Pretrial Conference is currently set to take place three

25 weeks *before* dispositive motions are heard.  In order to allow time for the Court to rule upon said

26 motions, and the parties to prepare accordingly for trial, the Final Pretrial Conference should be

27 continued to a date seasonably after dispositive motions are heard.  The parties are informed that

28 the Court is currently available on the dates to which the Stipulate.

Now, therefore, **IT IS HEREBY STIPULATED** by and between all the parties to this action as follows:

1. That the **Final Pretrial Conference**, currently set for May 9, 2005, be continued to **June 20, 2005**; and

2. That **Trial** in this action, currently set for June 28, 200, be continued to **July 27, 2005.**

**SO STIPULATED**:

Dated: April. ___, 2005          **MORGAN, LEWIS & BOCKIUS LLP**

By:_____
Michael John Miguel
*Attorneys for Plaintiff*
**Exxon Mobil Corporation**

Dated: April. ___, 2005          **SPENCER T. MALYSIAK LAW CORPORATION**

By:_____
Spencer T. Malysiak
*Attorneys for Defendants*
**New West Petroleum, LP; New West Petroleum, LLC; New West Petroleum and New West Stations, Inc.**

Dated: April. ___, 2005          **THE KIRK LAW FIRM**

By:_____
Dennis J. Priolo
*Attorneys for Cross-Defendant*
**Sartaj Singh Bains**

# **ORDER**

Based on the Joint Stipulation of the parties, and good cause appearing therefor, **IT IS ORDERED** that the Final Pretrial Conference currently set for May 9, 2005 be and hereby is continued to June 20, 2005, at 10:00 a.m.  **IT IS FURTHER ORDERED** that trial in this action, currently set for June 28, 2005 be and hereby is continued to July 27, 2005.

**IT IS SO ORDERED**.

DATED: April 25, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132. On April 25, 2005, I served the within document(s):

**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING FINAL PRETRIAL CONFERENCE AND TRIAL DATE**

∙∙   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

∙∙   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

∙∙   by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

∙∙   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Spencer T. Malysiak<br>SPENCER T. MALYSIAK LAW CORPORATION<br>1180 Iron Point Road, Suite 145B<br>Folsom, CA 95630<br>**Fax: 916.985.0100** | Dennis J. Priolo<br>THE KIRK LAW FIRM<br>455 Capitol Mall<br>Suite 605<br>Sacramento, CA 95814<br>**Fax: 916.609.1409** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on April 25, 2005, at Los Angeles, California.

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

_____
Vivian F. Dohi