1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                        ----oo0oo----

11  EXXON MOBIL CORPORATION,
                                    NO. CIV. S-03-2222 WBS PAN
12            Plaintiff,

13       v                          ORDER

14  NEW WEST PETROLEUM L.P., NEW
    WEST PETROLEUM, LLC, NEW WEST
15  PETROLEUM, NEW WEST STATIONS,
    INC. and NEW WEST LLC
16
              Defendants.
17
    ----------------------------
18
    NEW WEST PETROLEUM, L.P., NEW
19  WEST PETROLEUM, LLC, and NEW
    WEST PETROLEUM,
20
              Cross-Complainants
21
         v.
22
    EXXON MOBIL CORPORATION, a
23  New Jersey Corporation, and
    SARTAG SINGH BAINS,
24
              Cross-Defendants
25
                          ----oo0oo----
26
              This court granted cross-defendant, counterdefendant
27
    and countercomplainant Sartaj Singh Bains' ex parte motion for an
28

                                   1

1  order shortening time to file a motion for leave to file an
2  amended answer and an amended counterclaim against the New West
3  parties.  The issue of whether or not Bains may amend his answer
4  and counterclaim will be heard on May 31, 2005.

5        However, it would prejudice New West to hear Bains'
6  motion for summary judgment on those grounds on the same date.
7  Therefore, if the court grants Bains leave to amend, the court
8  will hear Bains' motion for summary judgment on those grounds on
9  June 27, 2005 at 1:30 p.m.  Any opposition from New West must be
10 filed on or before June 13, 2005.  Any reply from Bains must be
11 filed on or before June 20, 2005.

12 DATED: May 23, 2005

13

14

15        WILLIAM B. SHUBB
        UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

                                  2