1  SHERRI M. KIRK, State bar No. 085804
   JEAN C. FUNG, State Bar No. 181660
2  **THE KIRK LAW FIRM**
   455 Capitol Mall, Suite 605
3  Sacramento, California 95814
   Telephone: (916) 609-1400
4  Facsimile:  (916) 609-1409

5

6  Attorneys for Third Party Defendant, Counterdefendant, Counterclaimant, and
   Cross-Claimant SARTAJ SINGH BAINS erroneously sued herein as
   SARTAG SINGH BAINS
7

8
              UNITED STATES DISTRICT COURT
9
              EASTERN DISTRICT OF CALIFORNIA
10

11 EXXON MOBIL CORPORATION, a New      )   No.: CIV-S-03-2222 WBS PAN
   Jersey corporation                  )
12                                     )
          Plaintiff,                   )
13                                     )
   vs.                                 )
14                                     )   **NOTICE OF SUBSTITUTION OF**
   NEW WEST PETROLEUM L.P., a California )  **ATTORNEY**
15 limited partnership; NEW WEST       )
   PETROLEUM LLC, a California limited )
16 liability corporation; NEW WEST     )
   PETROLEUM, INC., a California corporation; )
17 and  NEW WEST STATIONS, INC., a     )
   California corporation,             )
18                                     )
          Defendants.                  )
19                                     )
   _____ )
20                                     )
   AND RELATED THIRD-PARTY CLAIMS,     )
21 CROSS-CLAIMS AND COUNTERCLAIMS      )
                                       )
22 _____ )

23
       PLEASE TAKE NOTICE that for Third-Party Defendant, Counterdefendant,
24
   Counterclaimant, and Cross-Claimant SARTAJ SINGH BAINS hereby substitutes Francis M.
25
   Goldsberry, III as attorney of record in the place and stead of the previous counsel, Sherri M.
26
   Kirk.
27
   //
28

1                                                   Respectfully submitted,

3

4   Date: January 23, 2006                         /s/ Sherri M. Kirk
                                                  Sherri M. Kirk
                                                  The Kirk Law Firm
                                                  455 Capitol Mall, Suite 605
                                                  Sacramento, California 95814
                                                  Telephone: (916) 609-1400
                                                  Facsimile: (916) 609-1409

8                                                   I consent to this substitution,

11   Date: January 25, 2006                       /s/ Sartaj Singh Bains
                                                   Sartaj Singh Baines
                                                   8990 Vista de Lago Court
                                                   Granite Bay, CA 95746

15                                                  I accept this substitution,

18   Date: January 25, 2006                       /s/ Francis M. Goldsberry III
                                                   Francis M. Goldsberry III
                                                   Goldsberry, Freeman, Guzman & Ditora LLP
                                                   777 12th Street, Suite 250
                                                   Sacramento, California 95814
                                                   Telephone: (916) 551-2903
                                                   Facsimile: (916) 448-8628

23 **APPROVED AND SO ORDERED.**

24 Dated: January 27, 2006

                                                  WILLIAM B. SHUBB
                                                  UNITED STATES DISTRICT JUDGE