1  **Spencer T. Malysiak**
State Bar #084654
2  **Erik P. Larson**
State Bar #210098
3  **SPENCER T. MALYSIAK LAW CORPORATION**
1180 Iron Point Road, Suite 145B
4  Folsom, CA  95630
Telephone:    (916) 985-4400
5  Facsimile:    (916) 985-0100

6
Attorney for Defendants, Cross Complainants
7  NEW WEST PETROLEUM, LP; NEW WEST PETROLEUM, LLC;
and NEW WEST PETROLEUM

8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **EASTERN DISTRICT OF CALIFORNIA**
11

12  EXXON MOBIL CORPORATION,          )   Case No: CIV-S-03-2222 WBS PAN
                                      )
13              Plaintiff,            )   **JOINT STIPULATION TO REQUEST A**
                                      )   **MODIFICATION TO THE PRETRIAL**
14       vs.                          )   **ORDER TO CONTINUE THE DATES TO**
                                      )   **FILE PRETRIAL PLEADINGS AND**
15  NEW WEST PETROLEUM LP., NEW WEST  )   **[PROPOSED] ORDER.**
    PETROLEUM, LLC, and NEW WEST      )
16  PETROLEUM, INC.,                  )
                                      )
17            Defendants.             )
   _____)
18                                    )
    Related Cross-Complaints, Counterclaims, and )
19  Third Party Claims               )
                                      )
20                                    )
                                      )
21                                    )
                                      )
22 _____)

23         The Court has informed the parties that this case will not be able to proceed to trial on the

24  scheduled trial date of August 8, 2006.  This stipulation is made pursuant to Local Rule 16-283

25  and FRCP 16(b), to continue the trial date in this case, and to modify the dates in the Pretrial

26  Order with respect to the time for the parties to file the remaining pretrial documents, and to

27  request that the Honorable William B. Shubb sign the proposed Order.

---

Joint Stipulation To Request A Modification          1                    CIV-S-03-2222 WBS PAN
 To The Pretrial Order To Continue
The Dates To File Pretrial Pleadings And [Proposed] Order**.**

1    IT IS HEREBY STIPULATED by and between Plaintiff and Cross-Defendant Exxon
2 Mobil Corporation, Defendants and Cross Complainants New West Petroleum, New West
3 Stations, Inc., New West Petroleum, LP, and New West Petroleum, LLC, and Third Party
4 Defendant Sartaj Singh Bains, that:

5    1.    The parties have all discussed a new date for the continued trial, and all parties,
6 through their respective counsel, have agreed that November 28, 2006 at 9:00 a.m. in
7 Department 5 is available to all parties for a new trial date (Pretrial Order ¶XI).

8    2.    The date to file and serve any objections to the Plaintiff's Jury Instructions shall
9 be October 20, 2006. (Pretrial Order ¶III)

10    3.    The date to file and serve any Jury Instructions not already proposed by Plaintiff
11 shall be October 20, 2006. (Pretrial Order ¶III)

12    4.    The date for the Defendants and Sartaj Singh Bains to file and serve a proposed
13 form of verdict, and to file objections to Plaintiff's proposed form of verdict, shall be October
14 20, 2006 (Pretrial Order ¶III).

15    5.    The date for all parties to file and serve objections to any other parties' counter-
16 designation of other portions of the same depositions intended to be offered or read into
17 evidence, shall be October 20, 2006. (Pretrial Order ¶X)

18    6.    The date for all parties to file oppositions to any other party's motions in limine
19 shall be October 24, 2006.  (Pretrial Order ¶V)

20    7.    The date for Plaintiff to file objections to the Defendants' and Sartaj Singh Bains'
21 proposed jury instructions and verdict forms shall be October 25, 2006. (Pretrial Order ¶III)

22    8.    The date for responses to trial briefs shall be October 24, 2006.

23    9.    Any other dates for filing pleadings prior to trial that are not otherwise
24 specifically stated herein shall be governed by the Federal Rules of Civil Procedure and the
25 Eastern District Local Rules of Court.

26

27

PDF created with pdfFactory trial version www.pdffactory.com

1       The foregoing is hereby agreed to by the parties through their respective counsel.

2

3    Date: July 28, 2006                    __ s/SPENCER T. MALYSIAK _____
                                            SPENCER T. MALYSIAK
4                                           Attorney for Defendants and Cross-Complainants
                                            NEW WEST PETROLEUM, LLC, NEW WEST
5                                           PETROLEUM, LP, and NEW WEST
                                            PETROLEUM
6

7

8    Date:  July 28, 2006                   __s/ MICHAEL JOHN MIGUEL _____
                                            MICHAEL JOHN MIGUEL
9                                           Attorney for Plaintiff and Cross-Defendant
                                            EXXONMOBIL CORPORATION
10

11

12   Date:  July 28, 2006                   __s/ FRANCIS M. GOLDSBERRY, III_____
                                            FRANCIS M. GOLDSBERRY, III,
13                                          Attorney for Third Party Defendant
                                            SARTAJ SINGH BAINS
14

15

16

17

18

19

20

21

22

23

24

25

26

27

Joint Stipulation To Request A Modification       3                 CIV-S-03-2222 WBS PAN
 To The Pretrial Order To Continue
The Dates To File Pretrial Pleadings And [Proposed] Order.

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

The Court, having considered the above stipulation, grants the parties' request and enters the following order:

**IT IS HEREBY ORDERED** that, good cause appearing, the following dates in the Pretrial Order are hereby modified as follows:

1.     The parties have all discussed a new date for the continued trial, and all parties, through their respective counsel, have agreed that November 28, 2006 at 9:00 a.m. in Department 5 is available to all parties for a new trial date (Pretrial Order ¶XI).

2.     The date to file and serve any objections to the Plaintiff's Jury Instructions shall be October 20, 2006. (Pretrial Order ¶III)

3.     The date to file and serve any Jury Instructions not already proposed by Plaintiff shall be October 20, 2006. (Pretrial Order ¶III)

4.     The date for the Defendants and Sartaj Singh Bains to file and serve a proposed form of verdict, and to file objections to Plaintiff's proposed form of verdict, shall be October 20, 2006 (Pretrial Order ¶III).

6.     The date for all parties to file oppositions to any other party's motions in limine shall be October 24, 2006.  (Pretrial Order ¶V)

7.     The date for Plaintiff to file objections to the Defendants' and Sartaj Singh Bains' proposed jury instructions and verdict forms shall be October 25, 2006.  (Pretrial Order ¶III).

8.     The date for responses to trial briefs shall be October 24, 2006.

9.     Any other dates for filing pleadings prior to trial that are not otherwise specifically stated herein shall be governed by the Federal Rules of Civil Procedure and the Eastern District Local Rules of Court.

Dated at Sacramento, California, this July 31, 2006.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com