**Spencer T. Malysiak**
State Bar #084654
**Erik P. Larson**
State Bar #210098
**SPENCER T. MALYSIAK LAW CORPORATION**
1180 Iron Point Road, Suite 145B
Folsom, CA  95630
Telephone:     (916) 985-4400
Facsimile:      (916) 985-0100

Attorney for Defendants, Cross
NEW WEST PETROLEUM, LP; NEW WEST PETROLEUM, LLC;
and NEW WEST PETROLEUM.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>NEW WEST PETROLEUM LP., NEW WEST PETROLEUM, LLC, NEW WEST PETROLEUM, INC., NEW WEST STATIONS, INC., and NEW WEST LLC<br><br><u>           Defendants.           </u><br><br>Related Cross-Complaints and Third Party Complaints | Case No: CIV-S-03-2222 WBS PAN<br><br>**JOINT STIPULATION TO MOVE THE COURT TO MODIFY DATES IN PRETRIAL ORDER, AS AMENDED**<br><br>Courtroom 5<br>Judge:   William B. Shubb |

I.
INTRODUCTION

The Court has informed the parties that this case will not be able to proceed to trial on the scheduled trial date of November 28, 2006.  This stipulation is made pursuant to Local Rule 16-283 and FRCP 16(b), to modify the Pretrial Order to continue the trial date in this case, and to request that the Honorable William B. Shubb sign the proposed

PDF created with pdfFactory trial version www.pdffactory.com

Order.

On November 7, 2006, the Courtroom Deputy for the Honorable William B. Schubb, notified the parties that the current trial date of November 28, 2006 would be vacated due to previous and preferential cases on the Court's calendar. She also stated that the Court was requesting that these parties, together with the parties in three unrelated cases, attend a status conference on November 28, 2006 to address the availability of the parties in the four cases for a trial to commence on December 5, 2006. For the reasons set forth below, Plaintiff and Cross-Defendant ExxonMobil Corporation, Defendants ("Exxon"), Cross-Complainants and Cross-Defendants New West Petroleum, New West Petroleum, LP, and New West Petroleum, LLC, (collectively, "New West"), and Third Party Defendant and Cross-Complainant Sartaj Singh Bains ("Bains"), through their respective counsel, hereby jointly request that the Court modify the Pretrial Order, as amended, as specified below.

The parties have met and conferred about stipulating to set a new trial date after conferring with the Courtroom deputy as to available trial dates, and have jointly entered into the following stipulations.

## II.
## BASIS FOR MOTION

The parties submit the following facts in support of this stipulation and motion to have the Court modify the Pretrial Order dated June 5, 2006 (Doc. 258), as modified by the Joint Stipulation to Request a Modification to the Pretrial Order to Continue the Dates to File Pretrial Pleadings and Order dated August 1, 2006 (Doc. 313) as follows:

1.  Because of the fact that certain witnesses, including percipient witnesses for Exxon and expert witnesses for New West, reside in other States, including Texas, Pennsylvania, and Washington, a new trial date commencing December 5, 2006 would create a hardship on such witnesses by causing them to reschedule flights and dates to be in attendance for trial, and would also infringe upon witnesses' holiday plans based upon

PDF created with pdfFactory trial version www.pdffactory.com

an estimated 15 days of trial, the parties desire to reschedule the trial date in 2007.

2. Additionally, counsel for Bains has informed the parties that Dr. Bains is scheduled for surgery on December 13, 2006, which was scheduled prior to the date that the parties were notified that the trial date may be moved to December 5, 2006.

3. Further, the Courtroom Deputy has told the parties that one of the four cases to be considered at the November 28, 2006 status conference is a criminal trial, which the parties understand would have preference in setting for trial.

4. After meeting and conferring, the parties and counsel have reviewed their schedules and are available for trial through May 31, 2007 for all dates other than March 7 – 18, 2007 and March 31 - April 22, 2007.

5. The parties request that the Trial date be set for the first available date in 2007 after considering the anticipated length of trial and unavailable dates set forth in paragraph 4. The parties request a status conference on or about January 8, 2007 to discuss available dates for trial, which the parties understand to be May 8, 2007.

The foregoing is hereby agreed to by the parties through their respective counsel.

Date: November 9, 2006            __ s/SPENCER T. MALYSIAK _____
                                  SPENCER T. MALYSIAK
                                  Attorney for Defendants and Cross-Complainants NEW WEST PETROLEUM, LLC, NEW WEST PETROLEUM, LP, and NEW WEST PETROLEUM


Date:  November 9, 2006           __s/MICHAEL JOHN MIGUEL _____
                                  MICHAEL JOHN MIGUEL
                                  Attorney for Plaintiff and Cross-Defendant
                                  EXXONMOBIL CORPORATION


Date:  November 9, 2006           __s/FRANCIS M. GOLDSBERRY, III__
                                  FRANCIS M. GOLDSBERRY, III,
                                  Attorney for Third Party Defendant
                                  SARTAJ SINGH BAINS

## **ORDER**

The Court, having considered the above stipulation, grants the parties' request and enters the following order:

**IT IS HEREBY ORDERED** that, good cause appearing, a status conference is scheduled **for January 22, 2007 at 1:30 p.m.** in Department 5 to discuss setting a new date for trial.

Dated at Sacramento, California, this November 15, 2006.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com