**Spencer T. Malysiak**
State Bar #084654
**Erik P. Larson**
State Bar #210098
**SPENCER T. MALYSIAK LAW CORPORATION**
1180 Iron Point Road, Suite 145B
Folsom, CA  95630
Telephone:    (916) 985-4400
Facsimile:     (916) 985-0100

Attorney for Defendants
NEW WEST PETROLEUM, LP; NEW WEST PETROLEUM, LLC;
AND NEW WEST PETROLEUM

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXON MOBIL CORPORATION, | Case No: CIV-S-03-2222 WBS EFB |
| Plaintiff, | **ORDER MODIFYING TRIAL DATE IN PRETRIAL ORDER, AS AMENDED** |
| vs. | |
| NEW WEST PETROLEUM LP., NEW WEST PETROLEUM, LLC, NEW WEST PETROLEUM, INC., NEW WEST STATIONS, INC., and NEW WEST LLC | Judge:   William B. Shubb |
| Defendants. | |
| NEW WEST PETROLEUM, LP, NEW WEST PETROLEUM, LLC, and NEW WEST PETROLEUM, INC., | |
| Cross-Complainants, | |
| vs. | |
| EXXON MOBIL CORPORATION, a New Jersey Corporation, and SARTAG SINGH BAINS, | |
| Cross-Defendants | |

1

1  The Plaintiff ExxonMobil Corporation, the Defendants and Cross-Complainants New
2 West Petroleum, New West Petroleum, LP, and New West Petroleum, LLC, (collectively, "New
3 West"), and Third Party Defendant Sartaj Singh Bains ("Bains") have filed a Stipulation
4 Stipulation To Modify Trial Date In Pretrial Scheduling Order, As Amended, to permit the
5 parties to engage in settlement discussions.  The current trial date is scheduled for May 23, 2007,
6 and the parties desire to continue the trial date until September 5, 2007.  The Court finds that for
7 good cause shown, and that:

8  IT IS ORDERED that the Motion the date for trial set forth in the Pretrial Scheduling
9 Order, as amended, is hereby modified so that the Trial shall be rescheduled to begin on
10 September 5, 2007 at 9:00 a.m. in Courtroom 5.

11 Dated: May 16, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com