**Spencer T. Malysiak**
State Bar #084654
**Erik P. Larson**
State Bar #210098
**SPENCER T. MALYSIAK LAW CORPORATION**
1180 Iron Point Road, Suite 145B
Folsom, CA  95630
Telephone:     (916) 985-4400
Facsimile:     (916) 985-0100

Attorney for Defendants
NEW WEST PETROLEUM, LP; NEW WEST PETROLEUM, LLC;
NEW WEST PETROLEUM.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>                    Plaintiff,<br><br>          vs.<br><br>NEW WEST PETROLEUM LP., NEW WEST PETROLEUM, LLC, NEW WEST PETROLEUM, INC., NEW WEST STATIONS, INC., and NEW WEST LLC<br><br>                    Defendants.<br><br>NEW WEST PETROLEUM, LP, NEW WEST PETROLEUM, LLC, and NEW WEST PETROLEUM, INC.,<br><br>                    Cross-Complainants,<br><br>          vs.<br><br>EXXONMOBIL CORPORATION, a New Jersey Corporation, and SARTAG SINGH BAINS,<br><br>                    Cross-Defendants | Case No: CIV-S-03-2222 WBS EFB<br><br>**STIPULATION TO CONTINUE THE HEARING ON THE RULE 50 MOTIONS; ORDER THEREON**<br><br>[FRCP Rule 50]<br><br>Hearing Date:   November 26, 2007<br>Time:                2:00 p.m.<br>Courtroom:      5<br>Judge:             The Hon. William B. Shubb |

1

WHEREAS the Parties to this case, Plaintiff and Cross-Defendant Exxon Mobil Corporation, Defendants and Cross-Complainants New West Petroleum, New West Stations, Inc., New West Petroleum, LP, and New West Petroleum, LLC, and Third-Party Defendant Sartaj Singh Bains, had a hearing set for November 26, 2007, at 2:00 p.m. in Courtroom 5, before The Hon. William B. Shubb on certain post-trial motions brought pursuant to Federal Rule of Civil Procedure 50; and

WHEREAS counsel for Defendants and Cross-Complainants, Spencer T. Malysiak, has fallen ill and is, therefore, physically unable to appear in Court for the hearing on the parties' Rule 50 motions; and

WHEREAS Defendants and Cross-Complainants have spoken with the office of Jennifer Kennedy of Morgan, Lewis & Bockius, counsel for Plaintiff and Cross-Defendant Exxon Mobil Corporation, and were told that Plaintiff and Cross-Defendant will stipulate to move the hearing date on the parties' Rule 50 motions in light of attorney Malysiak's illness; and

WHEREAS Defendants and Cross-Complainants have confirmed with Francis M. Goldsberry, III, counsel for Third-Party Defendant Sartaj Singh Bains, that his client will stipulate to continue the November 26, 2007 hearing on the parties' Rule 50 motions;

IT IS HEREBY STIPULATED by and between Plaintiff and Cross-Defendant Exxon Mobil Corporation, Defendants and Cross-Complainants New West Petroleum, New West Stations, Inc., New West Petroleum, LP, and New West Petroleum, LLC, and Third-Party Defendant Sartaj Singh Bains, that the hearing on the parties' FRCP 50 motions, currently set for November 26, 2007 at 2:00

///

///

///

2

Stipulation to Continue Hearing on the Rule 50 Motions                    CIV-S-03-2222 WFB EFB

p.m. in Courtroom 5, shall be **CONTINUED** to Monday, December 10, 2007 at 2 p.m. in Courtroom 5.

Date: November 26, 2007                    __ s/SPENCER T. MALYSIAK _____
                                           SPENCER T. MALYSIAK
                                           Attorney for Defendants and Cross-Complainants
                                           NEW WEST PETROLEUM, LLC, NEW WEST
                                           PETROLEUM, LP, and NEW WEST
                                           PETROLEUM

Date:  November 26, 2007                   __s/ MICHAEL JOHN MIGUEL _____
                                           MICHAEL JOHN MIGUEL
                                           Attorney for Plaintiff and Cross-Defendant
                                           EXXONMOBIL CORPORATION

Date:  November 26, 2007                   __s/ FRANCIS M. GOLDSBERRY, III_____
                                           FRANCIS M. GOLDSBERRY, III,
                                           Attorney for Third Party Defendant
                                           SARTAJ SINGH BAINS

3

## ORDER

The Court, having considered the above stipulation, grants the parties' request and enters the following order:

**IT IS HEREBY ORDERED** that the hearing on the parties' motions, made pursuant to Federal Rule of Civil Procedure 50, which had been set for hearing on November 26, 2007 at 2 p.m. in Courtroom 5, before The Hon. William B. Shubb, shall be **CONTINUED** to Monday, December 10, 2007 at 2 p.m. in Courtroom 5.

Dated:  November 26, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4