1  **MICHAEL JOHN MIGUEL**, State Bar No. 145182
   **JENNIFER M. KENNEDY**, State Bar No. 224892
2  **MORGAN, LEWIS & BOCKIUS LLP**
   300 South Grand Avenue
3  Twenty-Second Floor
   Los Angeles, CA  90071-3132
4  Telephone No.: (213) 612-2500
   Facsimile No.:  (213) 612-2501
5  E-mail:  mjmiguel@morganlewis.com,
            jennifer.kennedy@morganlewis.com
6
7  *Attorneys for Plaintiff and Cross-Defendant*
   *EXXON MOBIL CORPORATION*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>NEW WEST PETROLEUM LP., NEW WEST PETROLEUM, LLC, NEW WEST PETROLEUM, INC., NEW WEST STATIONS, INC., and NEW WEST LLC,<br><br>        Defendants. | Case No. CIV-S-03-2222 WBS EFB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND HEARING ON RULE 50 MOTIONS; ORDER THEREON**<br><br>Date:     December 17, 2007<br>Time:    2:00 p.m.<br>Dept.:    5<br>Judge:   The Hon. William B. Shubb |
| NEW WEST PETROLEUM, LP, NEW WEST PETROLEUM, LLC, and NEW WEST PETROLEUM, INC.,<br><br>        Cross-Complainants,<br><br>vs.<br><br>EXXON MOBIL CORPORATION, a New Jersey Corporation, and SARTAG SINGH BAINS,<br><br>        Cross-Defendants. | |

///

///

///

1    WHEREAS the Court had scheduled for December 10, 2007, at 2:00 p.m. in Courtroom 5,
2 before The Hon. Judge William B. Shubb on certain post-trial motions brought pursuant to
3 Federal Rule of Civil Procedure 50 and a Status Conference in this matter;

4    WHEREAS counsel for Exxon Mobil find themselves unavailable on December 10, 2007
5 and have requested a continuance of the hearings to December 17, 2007 at 2:00 p.m. in
6 Department 5 of the above-entitled Court; and

7    WHEREAS counsel for all parties have consented to the one week rescheduling and
8 agreed to December 17, 2007 for the hearing, and counsel is informed that the Court is available;

9    **IT IS HEREBY STIPULATED** by and between Exxon Mobil Corporation, New West
10 Petroleum, New West Stations, Inc., New West Petroleum, LP, and New West Petroleum, LLC
11 and Sartaj Singh Bains, that the Status Conference and hearing on the parties' Federal Rule of
12 Civil Procedure 50 motions, currently set for December 10, 2007 at 2:00 p.m. in Courtroom 5,
13 shall be **CONTINUED** to Monday, December 17, 2007 at 2:00 p.m. in Courtroom 5.

Dated: November 30, 2007        MORGAN, LEWIS & BOCKIUS LLP

                                By: /s/ Michael John Miguel
                                    Attorney for Plaintiff and Cross-Defendant
                                    EXXON MOBIL CORPORATION

Dated: November 30, 2007        SPENCER T. MALYSIAK LAW CORP.

                                By: /s/ Spencer T. Malysiak
                                    Attorney for Defendants and Cross-
                                    Complainants NEW WEST PETROLEUM,
                                    LLC, NEW WEST PETROLEUM, LP, and
                                    NEW WEST PETROLEUM

Dated: November 30, 2007        GOLDSBERRY, FREEMAN & GUZMAN

                                By: /s/ Francis M. Goldsberry, III
                                    Attorney for Third Party Defendant
                                    SARTAJ SINGH BAINS

**ORDER**

The Court, having considered the above stipulation, grants the parties' request and enters the following order:

**IT IS HEREBY ORDERED** that the Status Conference and hearing on the parties' Federal Rule Civil Procedure 50 motions, currently set for hearing on December 10, 2007 at 2:00 p.m. in Courtroom 5, before the Honorable William B. Shubb, shall be and hereby are **CONTINUED** to Monday, December 17, 2007 at 2:00 p.m. in Courtroom 5.

Dated: December 5, 2007

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE