1  FRANCIS M. GOLDSBERRY III, SBN: 178739
   FRANCIS M. GOLDSBERRY II, SBN: 063737
2  GOLDSBERRY, FREEMAN & GUZMAN, LLP
   777 12th Street, Suite 250
3  Sacramento, CA 95814
   Telephone: (916) 448-0448
4  Facsimile: (916) 448-8628

5  Attorneys for Third Party Defendant,
   Counterdefendant, Counterclaimant, and
6  Cross-Claimant SARTAJ SINGH BAINS
   erroneously sued herein as SARTAG SINGH BAINS
7

8

9

10                     **UNITED STATES DISTRICT COURT**

11                     **EASTERN DISTRICT OF CALIFORNIA**

12

13  EXXON MOBIL CORPORATION, a New    )   No.: 2:03-CV-02222-WBS EFB
    Jersey corporation                )
                                      )   **ORDER ON STIPULATION TO AMEND**
14       Plaintiff,                   )   **BRIEFING SCHEDULE**
                                      )
15  vs.                               )
                                      )
16  NEW WEST PETROLEUM L.P., a California )
    limited partnership; NEW WEST     )
17  PETROLEUM LLC, a California limited )
    liability corporation; NEW WEST   )
18  PETROLEUM, INC., a California corporation; )
    and NEW WEST STATIONS, INC., a    )
19  California corporation,           )
                                      )
20       Defendants.                  )
                                      )
21  _____ )
                                      )
22  AND RELATED THIRD-PARTY CLAIMS,   )
    CROSS-CLAIMS AND COUNTERCLAIMS    )
23  _____ )

24

25       Pursuant to the stipulation of the parties, opposition briefs in this matter shall be due on

26  May 16, 2008 and reply briefs and proposed findings of fact and conclusions of law shall be due on

27  June 6, 2008.

28  / / /

IT IS SO ORDERED.

DATED: May 9, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATION TO AMEND
BRIEFING SCHEDULE - 2 -