**Spencer T. Malysiak**
State Bar No. 084654
**Erik P. Larson**
State Bar No. 210098
**SPENCER T. MALYSIAK LAW CORPORATION**
1180 Iron Point Road, Suite 145B
Folsom, CA  95630
Telephone:  (916) 985-4400
Facsimile:  (916) 985-0100

Attorney for Defendants, Cross Complainants, and Cross-Defendants
NEW WEST PETROLEUM, LP; NEW WEST PETROLEUM, LLC;
and NEW WEST PETROLEUM

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>     Plaintiff,<br><br>vs.<br><br>NEW WEST PETROLEUM LP., NEW WEST PETROLEUM, LLC, and NEW WEST PETROLEUM, INC.<br><br>     Defendants.<br>_____<br>Related Cross-Complaints, Counterclaims, and Third Party Claims | Case No: CIV-S-03-2222 WBS EFB<br><br>**ORDER UPON EX PARTE APPLICATION SHORTENING TIME FOR HEARING ON NEW WEST DEFENDANTS' MOTION TO AMEND ANSWER TO SECOND AMENDED COMPLAINT OF EXXONMOBIL CORPORATION TO CONFORM TO PROOF AT TRIAL**<br><br>Date:        June 23, 2008<br>Time:       2:00 p.m.<br>Courtroom:  5<br>Judge:      Hon. William B. Shubb |

The court having considered the *Ex Parte* Application And Supporting Declaration Of Counsel for Defendants New West Petroleum, LP, New West Petroleum, LLC, and New West Petroleum, and plaintiff's opposition thereto, in order that the motion for leave to amend the answer may be timely heard,

1

**IT IS HEREBY ORDERED** that the motion of Defendants New West Petroleum, LP, New West Petroleum, LLC, and New West Petroleum for leave to amend their Answer to Plaintiff's Second Amended Complaint – having been served and filed in this case on May 28, 2008 – shall be heard on June 23, 2008 at 2 p.m. in Courtroom 5.  Plaintiff's opposition to the motion shall be filed no later than 10 days before the date of the hearing.  Defendants' reply shall be filed no later than 7 days before the date of the hearing.  The court expresses no opinion on the merits of the motion.

Dated:  May 30, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Order Upon *Ex Parte* Application Shortening Time                     CIV-S-03-2222 WBS EFB
For Hearing On Motion To Amend New West's Answer