Michael John Miguel, State Bar No. 145182
Jennifer M. Kennedy, State Bar No. 224892
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
E-mail: mjmiguel@morganlewis.com

*Attorneys for Plaintiff and Cross-Defendant*
**Exxon Mobil Corporation**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>                    Plaintiff,<br><br>          vs.<br><br>NEW WEST PETROLEUM L.P., NEW WEST PETROLEUM LLC, NEW WEST PETROLEUM, INC., NEW WEST STATIONS, INC. and NEW WEST LLC,,<br><br>                    Defendants. | Case No. CIV-S-03-2222 WBS PAN<br><br>**STIPULATION TO EXTEND FILING DEADLINE OF FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| AND RELATED THIRD-PARTY CLAIMS, CROSS-CLAIMS AND COUNTERCLAIMS. | |

///
///
///
///
///
///
///
///

The parties hereby stipulate to extend the filing deadline for the Findings of Fact and Conclusions of Law brief for all parties from Friday June 6, 2008 to Monday June 9, 2008. This extension is stipulated to in order to accommodate counsel for Exxon Mobil. The deadline for Reply Post-Trial Briefs remains unchanged.

Dated: June 4, 2008           MORGAN, LEWIS & BOCKIUS LLP


By /s/ Jennifer M. Kennedy
   JENNIFER M. KENNEDY
   Attorneys for Plaintiff and Cross-Defendant
   EXXON MOBIL CORPORATION

Dated: June 4, 2008           SPENCER T. MALYSIAK LAW CORPORATION


By /s/ Spencer T. Malysiak
   SPENCER T. MALYSIAK
   Attorneys for Defendants, Cross-Complainants and Cross-Defendants
   NEW WEST PETROLEUM, LP, NEW WEST PETROLEUM, LLC and NEW WEST PETROLEUM

Dated: June 4, 2008           GOLDSBERRY, FREEMAN & GUZMAN


By /s/ Francis M. Goldsberry
   FRANCIS M. GOLDSBERRY III
   Attorneys for Third-party Defendant, Counter-Defendant, Counterclaimant and Cross-Claimant SARTAJ SINGH BAINS

Michael John Miguel, State Bar No. 145182
Jennifer M. Kennedy, State Bar No. 224892
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
E-mail: mjmiguel@morganlewis.com

*Attorneys for Plaintiff and Cross-Defendant*
**Exxon Mobil Corporation**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>NEW WEST PETROLEUM L.P., NEW WEST PETROLEUM LLC, NEW WEST PETROLEUM, INC., NEW WEST STATIONS, INC. and NEW WEST LLC,,<br><br>Defendants. | Case No. CIV-S-03-2222 WBS PAN<br><br>**ORDER ON STIPULATION TO EXTEND FILING DEADLINE FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW BRIEF** |
| AND RELATED THIRD-PARTY CLAIMS, CROSS-CLAIMS AND COUNTERCLAIMS. | |

Pursuant to the stipulation of the parties, the Findings of Fact and Conclusions of Law brief for each shall be due on Monday June 9, 2008.

IT IS SO ORDERED.

DATED: June 9, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE