**Spencer T. Malysiak**
State Bar #084654
**Douglas E. Watts**
State Bar #182274
**SPENCER T. MALYSIAK LAW CORPORATION**
1180 Iron Point Road, Suite 145B
Folsom, CA  95630
Telephone:     (916) 985-4400
Facsimile:     (916) 985-0100

Attorney for Defendants
NEW WEST PETROLEUM, LP; NEW WEST PETROLEUM, LLC;
NEW WEST PETROLEUM.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>          Plaintiff,<br><br>     vs.<br><br>NEW WEST PETROLEUM LP., NEW WEST PETROLEUM, LLC, NEW WEST PETROLEUM, INC., NEW WEST STATIONS, INC., and NEW WEST LLC<br><br>          Defendants.<br><br>NEW WEST PETROLEUM, LP, NEW WEST PETROLEUM, LLC, and NEW WEST PETROLEUM, INC.,<br><br>          Cross-Complainants,<br><br>     vs.<br><br>EXXONMOBIL CORPORATION, a New Jersey Corporation, and SARTAG SINGH BAINS,<br><br>          Cross-Defendants | Case No: CIV-S-03-2222 WBS EFB<br><br>[~~PROPOSED~~] **ORDER TO CONTINUE THE FILING DEADLINES FOR PLAINTIFF'S REPLY TO NEW WEST'S OPPOSITION TO MOTION TO STRIKE PORTIONS OF NEW WEST DEFENDANTS' OPPOSITION TO EXXON MOBIL'S POST-TRIAL BRIEF; AND FOR NEW WEST'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO AMEND ANSWER TO SECOND AMENDED COMPLAINT**<br><br>Hearing Date:   June 23, 2008<br>Time:           2:00 p.m.<br>Courtroom:      5<br>Judge:          The Hon. William B. Shubb |

1

# **ORDER**

The Court, having considered the parties' stipulation, grants the parties' request and enters the following order:

**IT IS HEREBY ORDERED** that the filing deadline for Plaintiff's Reply to the New West Defendants' Opposition to Exxon Mobil Corporation's Motion to Strike Portions of New West Defendants' Opposition to Exxon Mobil's Post-Trial Brief, and for the New West Defendants' Reply to Plaintiff's Opposition to Defendants' Motion to Amend Answer to Second Amended Complaint, shall be **CONTINUED** to Wednesday, June 18, 2008.

Dated: June 11, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

Stipulation to Continue Filing Deadlines Re: Plaintiff's         CIV-S-03-2222 WFB EFB
Motion to Strike; and New West's Motion to Amend