1  **Michael John Miguel,** State Bar No. 145182
**Jennifer M. Kennedy,** State Bar No. 224892
2  **MORGAN, LEWIS & BOCKIUS LLP**
300 South Grand Avenue
3  Twenty-Second Floor
Los Angeles, CA  90071-3132
4  Telephone No.: (213) 612-2500
Facsimile No.:  (213) 612-2501
5  E-mail:  mjmiguel@morganlewis.com,
          jennifer.kennedy@morganlewis.com
6
*Attorneys for Plaintiff and Cross-Defendant*
7  EXXON MOBIL CORPORATION

8                    UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10

11
EXXON MOBIL CORPORATION,              Case No. CIV-S-03-2222 WBS EFB
12
                Plaintiff,            **STIPULATION TO CONTINUE HEARING
13                                     ON MOTION TO AMEND JUDGMENT
          vs.                          AND MOTION(S) RELATING TO
14                                     TAXATION OF COSTS; [~~PROPOSED~~]
NEW WEST PETROLEUM LP., NEW            ORDER THEREON**
15  WEST PETROLEUM, LLC, NEW WEST
PETROLEUM, INC., NEW WEST
16  STATIONS, INC., and NEW WEST LLC,
                                      Date:      November 10, 2008
17              Defendants.           Time:      2:00 p.m.
                                      Dept.:     5
18                                    Judge:     The Hon. William B. Shubb

19
Related Cross-Complaints, Counterclaims,
20  and Third Party Claims

21

22  ///

23  ///

24  ///

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

Stipulation And Order To Continue Hearings                    CIV-S-03-2222 WBS EFB

1       WHEREAS the Court had scheduled for October 27, 2008, at 2:00 p.m. in Courtroom 5,

2   before The Hon. Judge William B. Shubb on certain post-trial motions brought pursuant to

3   Federal Rules of Civil Procedure 59 and 54;

4       WHEREAS counsel for Exxon Mobil find themselves unavailable on October 27, 2008

5   and have requested a continuance of the hearing to November 10, 2008 at 2:00 p.m. in

6   Department 5 of the above-entitled Court; and

7       WHEREAS counsel for all parties have consented to the rescheduling and agreed to

8   November 10, 2008 for the hearing, and counsel is informed that the Court is available;

9       **IT IS HEREBY STIPULATED** by and between Exxon Mobil Corporation, New West

10   Petroleum, New West Stations, Inc., New West Petroleum, LP, and New West Petroleum, LLC

11   and Sartaj Singh Bains, that the hearing on Exxon Mobil's Motion to Alter or Amend the

12   Judgment and New West's Motion to Tax Costs Awarded to Bains Against Exxon Mobil,

13   currently set for October 27, 2008 at 2:00 p.m. in Courtroom 5, shall be **CONTINUED** to

14   Monday, November 10, 2008 at 2:00 p.m. in Courtroom 5.

15

16   Dated: September 10, 2008

    MORGAN, LEWIS & BOCKIUS LLP

17       By: /s/ Michael John Miguel

18           Attorney for Plaintiff and Cross-Defendant
        EXXON MOBIL CORPORATION

19   Dated: September 10, 2008

    SPENCER T. MALYSIAK LAW CORP.

20

21       By: /s/ Spencer T. Malysiak
        Attorney for Defendants and Cross-

22           Complainants NEW WEST PETROLEUM,
        LLC, NEW WEST PETROLEUM, LP, and

23           NEW WEST PETROLEUM

24   Dated: September 10, 2008

    GOLDSBERRY, FREEMAN & GUZMAN

25       By: /s/ Francis M. Goldsberry, III

26           Attorney for Third Party Defendant
        SARTAJ SINGH BAINS

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

**ORDER**

2        The court finds both Exxon Mobil's Motion to Alter or Amend the Judgment and New

3  West's Motion to Tax Costs Awarded to Bains Against Exxon Mobil suitable for submission

4  without oral argument.  Accordingly, after completion of the briefing, as currently scheduled, the

5  court will take both motions under submission.

6  Dated:  September 15, 2008

7

```
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE
```

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28